JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE VICARI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCC and Co Inc, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01357-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL (Doc. 21)** |

Upon consideration of the Joint Stipulation (Doc. 21) submitted by Plaintiff Bonnie Vicari and Defendant MCC and Co., Inc., et al, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

DATED: January 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE